PEOPLE *v* SIMM. Appeal from Wayne, Joseph A. Sullivan, J. Submitted Division 1 December 5, 1971, at Lansing. (Docket No. 10432.) Decided January 27, 1972.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Dominick R. Carnovale,* Chief, Appellate Department, and *Robert A. Reuther,* Assistant Prosecuting Attorney, for the people.

*Robert Mann,* for defendant on appeal.

Before: QUINN, P. J., and J. H. GILLIS and VAN VALKENBURG, JJ.

MEMORANDUM OPINION. Defendant was convicted of carrying a concealed weapon without a license in violation of MCLA 750.227; MSA 28.424. He was sentenced and he appeals.

Examination of the record and briefs discloses no error, prejudicial or otherwise.

Affirmed.